| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| TERI T. PHAM (SBN 193383)<br>KOLIN TANG (SBN 2798340)<br>NEELOUFAR MAHROUYAN (SBN 331679)<br>ENENSTEIN PHAM GLASS & RABBAT LLP<br>3200 Bristol Street, Suite 500<br>Costa Mesa, CA 92626<br>Tel.: (714) 292-0262 | |
| ATTORNEY(S) FOR: | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ayydubs, LLC, a Rhose Island limited liability company; and ALYX WEISS, an individual,<br><br>Plaintiff(s),<br>v.<br>KAST MEDIA, INC., COLIN THOMSON,;<br>WESLEY R. STEVENS, and WESLEY O'DELL<br><br>Defendant(s) | CASE NUMBER:<br><br>2:23-cv-07601-AB-MAR<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendants_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| KAST MEDIA, INC., a California corporation; | Defendant |
| WALLFLOWER GARDEN LLC, a Wyoming Limit Liability Company; | Defendant |
| COLIN THOMSON, | Defendant, |
| CHRISTINE THOMSON, | Defendant, |
| WESLEY R. STEVENS, | Defendant, |
| WESLEY O'DELL, | Defendant |
| MATTHEW YU, and | Minority shareholders of Kast Media |
| ROD THOMSON | Minority shareholders of Kast Media |

February 6, 2024
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Teri T. Pham

# CERTIFICATE OF SERVICE

I am employed in Orange County, State of California. I am over the age of 18 and not a party to the within action. My business address is 3200 Bristol Street, Suite 500, Costa Mesa, CA 92626.

On February 6, 2024, I served the following document(s) described as:

**DEFENDANT KAST MEDIA, INC.'s WALLFLOWER GARDEN, LLC's NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1**

on the interested party(ies) in this action as stated below:

| | |
|---|---|
| Carl Jacob Lehman<br>Dentons US LLP<br>4655 Executive Drive Suite 700<br>San Diego, CA 92121<br>T: 619-236-1414<br>*ecarl.lehman@dentons.com* | *Attorneys for Ayydubs LLC and Alyx Weiss* |
| Ramnik Singh Pujji<br>Dentons US LLP<br>601 South Figueroa Street Suite 2500<br>Los Angeles, CA 90017<br>213-243-6120<br>*nick.pujji@dentons.com* | *Attorneys for Ayydubs LLC and Alyx Weiss* |

[X]   BY NOTICE OF ELECTRONIC FILING (NEF): I checked the CM/ECF docket for this case and determined that the interested parties are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated above.

[X]   (FEDERAL) I declare under penalty of perjury under the laws of the United States that the above is true and correct.

*/s/ Allison Freitas*
Allison Freitas