FILED
CLERK, U.S. DISTRICT COURT
February 23, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar </br></br> of </br></br> Judge MÓNICA RAMÍREZ ALMADANI | ORDER OF THE CHIEF JUDGE </br></br> **24-020** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mónica Ramírez Almadani,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge André Birotte, Jr., to the calendar of Judge Mónica Ramírez Almadani:

| | |
|---|---|
| 2:22-cv-02623-AB-AGRx | Seal v. Seal |
| 2:23-cv-00135-AB-RAOx | Thuhong Do et al. v. Saudi Arabian Airlines Corporation et al. |
| 2:23-cv-02844-AB-JCx | Scott Hubbard v. Eitan Group North America et al. |
| 2:23-cv-06557-AB-RAOx | Foshan Liyan Undergarment Co., Ltd. v. Roadget Business Pte. Ltd. |
| 2:23-cv-07601-AB-MARx | Ayydubs, LLC et al. v. Kast Media, Inc. et al. |
| 2:23-cv-07960-AB-SSCx | Worldwide Dining, Inc. v. Scottsdale Insurance Company et al. |
| 2:23-cv-09073-AB-AGRx | Regro Vegetation Management, LLC v. John Doe |
| 2:23-cv-09273-AB-JPRx | Autec Power, Inc. v. Vencient Barnes et al. |
| 2:24-cv-00776-AB-MRW | Julio Aviles Sr v. USP Lompoc Warden |
| 2:24-cv-00830-AB-AJRx | Fahimeh Mirzaie v. U.S. Department of State et al. |
| 2:24-cv-00920-AB-ADSx | Shiqian Wang et al. v. Immigrant Investor Program Office et al. |

In the Matter of the
Creation of Calendar for
District Judge Mónica Ramírez Almadani                                                                                               2

| | |
|---|---|
| 2:24-cv-00981-AB-JDEx | Marvin L. Charles v. Frank Kendall III |
| 5:23-cv-01423-AB-SPx | Joe Geunu Yi v. Ghazanfar Saeed et al. |
| 5:23-cv-02411-AB-PVCx | Monta Johnson v. County of Riverside |

On all documents subsequently filed in the case, please substitute the Judge initials MRA after the case number in place of the initials of the prior Judge.

DATED: February 23, 2024                                      _____
                                                                                          Chief Judge Philip S. Gutierrez